No. 03–11017. WHITAKER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–11018. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–11019. WHITLEY *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–11020. GERMAN ZETINO *v.* HERNANDEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–11021. WARNER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–11022. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–11023. RA *v.* SABBAGH. Super. Ct. N. J., App. Div. Certiorari denied.

No. 03–11024. MORALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–11025. TRACEY *v.* BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 03–11026. ABDENBI *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–11028. WOODBERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–11029. DAVIDSON *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–11030. SILVERIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–11031. WORLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–11032. TRIPLETT *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.